JINA L. CHOI (Admitted to the New York Bar)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
ROBERT J. DURHAM (Admitted to the New York Bar)
  durhamr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL B. FERGUSON and<br>TRANSACTIONS UNLIMITED,<br><br>Defendants | Case No. 4:14-cv-04188-PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS MICHAEL B. FERGUSON AND TRANSACTIONS UNLIMITED** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Securities and Exchange Commission ("Commission") hereby voluntarily dismisses with prejudice its action against Defendants Michael B. Ferguson and Transactions Unlimited (the "Defendants").  Rule 41(a)(1) permits a plaintiff to dismiss claims voluntarily where, as here, the opposing party has not served an answer or a motion for summary judgment.

The Commission brought this action on September 29, 2014.  (ECF No. 1).  On November 13, 2014, the Court entered judgments by consent against the Defendants enjoining them from violating certain provisions of the federal securities laws, and ordering them to pay disgorgement and prejudgment interest on a joint-and-several basis.  (ECF Nos. 16 & 17).  The Commission now voluntarily dismisses with prejudice the remaining claims for civil monetary penalties against the Defendants, concluding this action.

Dated:  February 18, 2016                Respectfully submitted,


 /s/ *Robert J. Durham*
Robert J. Durham
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION